**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTHONY J. VITALE, DMD AND PERSONAL CHOICE DENTAL ASSOCIATES. PA,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No.: 3:18-cv-08988<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs, Anthony J. Vitale, DMD and Personal Choice Dental Associates, PA by and through their undersigned attorneys, and State Farm Fire and Casualty Company, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned action with prejudice. Each party shall bear its own costs.

By: /s/ Noah A. Schwartz.
Noah A. Schwartz, Esq.
**DAVISON, EASTMAN, MUÑOZ, LEDERMAN & PAONE, PA**
100 Willow Brook Road, Suite 100
Freehold, New Jersey 07728
T. 732-462-7170
F. 732-810-1532
nschwartz@demlplaw.com
*Attorneys for plaintiffs, Anthony J. Vitale, DMD and Personal Choice Dental Associates, PA*

By: /s/ Charles M. Fisher
Charles M. Fisher, Esq.
**BEVELOCK & FISHER, LLC**
14 Main Street, Suite 200
Madison, New Jersey 07940
T. 973.845.2998
F. 973.845.2797
cfisher@bevelocklaw.com
*Attorneys for defendant, State Farm Fire and Casualty Company*

Dated: April 30, 2019

1